# UNITED STATES DISTRICT COURT
### District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**CASE NO.** 24-40035-TC

**JEREMY ALAN WEBER,**

**Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNTS 1-16

### TRANSPORTATION OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252A(a)(1)]

On or about or between the dates set forth below, in the District of Kansas, the

defendant,

**JEREMY ALAN WEBER,**

did knowingly transport in interstate commerce by any means, including by a computer,

child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and

(B), knowing that that images were child pornography, as follows:

1

| Count | On/about/between dates(s) | Identified minor depicted in files sent | Sent to: |
|---|---|---|---|
| 1 | February 13, 2024 through April 2, 2024 | MV-1 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 2 | February 13, 2024 through April 2, 2024 | MV-2 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 3 | February 13, 2024 through April 2, 2024 | MV-3 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 4 | February 13, 2024 through April 2, 2024 | MV-4 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 5 | February 13, 2024 through April 2, 2024 | MV-5 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 6 | February 13, 2024 through April 2, 2024 | FV-1 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 7 | February 13, 2024 through April 2, 2024 | FV-2 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 8 | February 13, 2024 through April 2, 2024 | FV-3 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 9 | February 13, 2024 through April 2, 2024 | FV-4 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 10 | February 13, 2024 through April 2, 2024 | FV-5 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 11 | February 13, 2024 through April 2, 2024 | FV-6 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 12 | February 13, 2024 through April 2, 2024 | FV-7 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 13 | February 13, 2024 through April 2, 2024 | FV-8 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 14 | February 13, 2024 through April 2, 2024 | FV-9 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |
| 15 | February 13, 2024 through April 2, 2024 | FV-10 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |

| Count | On/about/between dates(s) | Identified minor depicted in files sent | Sent to: |
|---|---|---|---|
| 16 | February 13, 2024 through April 2, 2024 | FV-11 | WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502 |

Each of the foregoing counts in violation of Title 18, United States Code, Section 2252A(a),

## COUNTS 17-32

### RECEIPT OF CHILD PORNOGRAPHY
### [18 U.S.C. § 2252A(a)(2)]

On or about or between the dates set forth below, in the District of Kansas, the defendant,

**JEREMY ALAN WEBER,**

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by a computer, as follows:

| Count | On/about/between dates(s) | Identified minor depicted in files received |
|---|---|---|
| 17 | February 13, 2024 through April 2, 2024 | MV-1 |
| 18 | February 13, 2024 through April 2, 2024 | MV-2 |
| 19 | February 13, 2024 through April 2, 2024 | MV-3 |
| 20 | February 13, 2024 through April 2, 2024 | MV-4 |

| Count | On/about/between dates(s) | Identified minor depicted in files received |
|---|---|---|
| 21 | February 13, 2024 through April 2, 2024 | MV-5 |
| 22 | February 13, 2024 through April 2, 2024 | FV-1 |
| 23 | February 13, 2024 through April 2, 2024 | FV-2 |
| 24 | February 13, 2024 through April 2, 2024 | FV-3 |
| 25 | February 13, 2024 through April 2, 2024 | FV-4 |
| 26 | February 13, 2024 through April 2, 2024 | FV-5 |
| 27 | February 13, 2024 through April 2, 2024 | FV-6 |
| 28 | February 13, 2024 through April 2, 2024 | FV-7 |
| 29 | February 13, 2024 through April 2, 2024 | FV-8 |
| 30 | February 13, 2024 through April 2, 2024 | FV-9 |
| 31 | February 13, 2024 through April 2, 2024 | FV-10 |
| 32 | February 13, 2024 through April 2, 2024 | FV-11 |

## COUNT 33

### POSSESSION OF CHILD PORNOGRAPHY
**[18 U.S.C. § 2252(a)(4)(B)]**

On or about the 3rd day of April, 2024, in the District of Kansas, the defendant,

**JEREMY ALAN WEBER,**

did knowingly possess one (1) or more matters which contained any visual depiction of a minor, that involved prepubescent minors and minors who had not attained 12 years of age, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by a computer, and was produced using materials which had been so mailed and shipped and transported, and the production of such visual depiction involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and such visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) with reference to Title 18, United States Code, Section 2252(b)(2).

### FORFEITURE NOTICE

1.      The allegations contained in Counts 1-33 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a).

2.      Upon conviction of one or more of the offenses set forth in Counts 1-33 the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended

to be used in any manner or part to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

A.    HP Z-Book Fury 16G10 serial number 5CG3385C27; and

B.    WD Blue 500 GB SATA SSD Solid State Drive serial number 174009420502

3.    If any of the property described above, as a result of any act or omission of the defendant:

A.    cannot be located upon the exercise of due diligence;

B.    has been transferred or sold to, or deposited with, a third party;

C.    has been placed beyond the jurisdiction of the court;

D.    has been substantially diminished in value; or

E.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

June 20, 2024
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

6

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Sara L. Walton
Sara L. Walton
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

7

## PENALTIES

**Counts 1 through 32: 18 U.S.C. § 2252A(a)(1) and (2)**

- Punishable by a term of imprisonment of not less than five (5) years and not to exceed twenty (20) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(2).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment of not less than fifteen (15) years and not to exceed forty (40) years. 18 U.S.C. § 2252(b)(1).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $35,000. 18 U.S.C. § 2259A(a)(2).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

**Count 33: 18 U.S.C. § 2252(a)(4)(B)**

- Punishable by a term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 2252A(b)(2).

- If the defendant is found to have possessed any matter that involved prepubescent minors or minors who have not attained 12 years of age, the offense is punishable by a term of imprisonment not to exceed twenty (20) years.  18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such violation after a prior conviction relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children has become final, the penalties are:

- Punishable by a term of imprisonment not less than ten (10) years and to exceed twenty (20) years. 18 U.S.C. § 2252(b)(2).

- A term of supervised release of at least five (5) years and not to exceed life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- Restitution. 18 U.S.C. § 2259(a).

- A child pornography assessment not to exceed $17,000. 18 U.S.C. § 2259A(a)(1).

- A Justice for Victims of Trafficking Act assessment of $5,000. 18 U.S.C. § 3014(a)(3).

- A mandatory special assessment fee of $100. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.