IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



**FILED**
NOV 12 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 5:24CR40035-001-TC

JEREMY ALAN WEBER,

    Defendant,

and

SMITH, MOORE & CO.,

    Garnishee,

and

RBC CAPITAL MARKETS, LLC,

    Garnishee.

## ANSWER OF GARNISHEE SMITH, MOORE & CO.

I, __Jaret D. Perryman__ (name), the __Chief Compliance Officer__ (title) of Garnishee Smith, Moore & Co., state under penalty of perjury as follows:

Garnishee Smith, Moore & Co. is (choose one):

☐ An individual doing business in the name of _____.

☐ A partnership: ☐ LP, ☐ LLP, or ☐ LLC, organized under the laws of the State of _____.

☐ A limited liability company (LLC) organized under the laws of the State of _____.

☒ A corporation, organized under the laws of the State of __Missouri__.

☐ Other: _____.

1

## SECTION 1: GARNISHMENT OF NON-EARNINGS PROPERTY

Non-earnings property includes any other financial accounts, personal property, or rights to property in which the Defendant has an ownership interest or right to the property. Non-earnings property includes, but is not limited to, cash or cash equivalents; deposit accounts, including, checking accounts, savings accounts, money market deposit accounts, certificates of deposit, and shares in credit unions, brokerage houses, and other similar institutions; health savings accounts; cryptocurrency accounts; bonds; mutual funds; other investment accounts; publicly traded stocks; non-publicly traded stock and interests in businesses; retirement or pension accounts, including interest in IRA, Keogh, 401(k), 403(b) accounts, thrift savings accounts, or other pension or profit sharing plans; annuities; educational IRA; trusts; accounts receivable; insurance contracts; and safe deposit boxes.

*Question 1:*

☑ Yes   ☐ No     Does Garnishee have custody, control, or possession of any non-earnings property in which the Defendant Jeremy Alan Weber maintains an interest?

If the answer to *Question 1* is "no," proceed to the next section; otherwise, provide the following information:

| Description of Property | Approximate Value | Defendant's Interest in Property |
|---|---|---|
| 1. Roth IRA xxx24167 | $ 55,383.00 | 100% |
| 2. | $ | |
| 3. | $ | |

*Additional information for Plaintiff United States related to the garnishment:*

_____
_____
_____
_____

2

### SECTION 2: VERIFICATION AND SERVICE

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true, correct, and complete.

Date: October 30, 2025

Signature: *Jaret D. B[signature]*

Print Name: Jaret D. Perryman

Title: Chief Compliance Officer

Address: 7777 Bonhomme Ave., Ste. 2400

City, State, Zip: Clayton, MO 63105

Phone: (314) 446-1634

E-mail: jperryman@smithmoore.com

### CERTIFICATE OF SERVICE

As required by 28 U.S.C. § 3205(d), Garnishee has served this Answer as follows.

| The original Answer was mailed to: | A copy of this Answer was mailed to: |
|---|---|
| Clerk of Court<br>United States District Court<br>District of Kansas<br>444 SE Quincy, Room 490<br>Topeka, KS 66683 | Jeremy Alan Weber<br>c/o Thomas G. Lemon<br>CAVANAUGH, BIGGS & LEMON, P.A.<br>3200 SW Huntoon<br>Topeka, Kansas 66604<br>Defendant |

Signature: *Jaret D. B[signature]*

Print Name: Jaret D. Perryman

3

> These Instructions may contain a defendant's full home address and should not be filed with the Court.

*United States of America, v. Jeremy Alan Weber v. Smith, Moore & Co. and RBC Capital Markets, LLC*; U.S.D.C., District of Kansas, Case No. 5:24CR40035-001-TC

## INSTRUCTIONS TO GARNISHEE

TO:  Smith, Moore & Co., Registered Agent
 9401 Indian Creek Parkway, #1050
 Overland Park, KS 66210

This Writ of Garnishment is served on you pursuant to the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §§ 3101 and 3104, and the Mandatory Victims Restitution Act (MVRA), 18 U.S.C. § 3613, *et seq.*, as a pre-judgment remedy. The Writ of Garnishment directs you to withhold and retain property of the Defendant until further order of the Court. Do not pay over any funds until ordered to do so.

**Garnishee's written Answer to the writ is due within ten (10) days of service of the Writ.** Please use the attached form to complete your answer. The original Answer should be mailed to the Clerk of the United States District Court, and a copy should be mailed to Defendant Jeremy Alan Weber at the following address: Jeremy Alan Weber, c/o Thomas G. Lemon, CAVANAUGH, BIGGS & LEMON, P.A., 3200 SW Huntoon, Topeka, Kansas 66604.

Garnishee is notified of the following:

> Retirement Accounts: Anti-alienation protections of the tax code and the Employee Retirement Income Security Act of 1974 (ERISA) do not prohibit enforcement of criminal fines and restitution orders on these accounts. See *U.S. v. Garcia,* Case No. 96-10049-01-JTM, 2003 WL 225694362 at *3 (D. Kan. Nov. 6, 2003); *United States v. Novak,* 476 F.3d 1041 (9th Cir. 2007).

> Retirement Accounts: No additional withdrawal penalties, including the IRS 10% withdrawal penalty, apply to a court-ordered distributions as the result of a garnishment. See *United States v. Novak,* 476 F.3d 1041 (9th Cir. 2007).

If you have questions or need additional information, you may contact the Clerk of Court at the United States District Court at (785) 338-5400, or you may contact Megan Tims, Paralegal Specialist, Office of the United States Attorney, District of Kansas, email: megan.tims@usdoj.gov, or phone: (785) 295-2664.

## NOTICE OF RIGHT TO GARNISH FEDERAL BENEFITS

The attached Writ of Garnishment was obtained by the United States pursuant to the Federal Debt Collection Procedures Act (FDCPA), 28 U.S.C. §§ 3202 and 3205, and the Mandatory Victims Restitution Act (MVRA), 18 U.S.C. § 3613, *et seq.*

Accordingly, Garnishee is hereby notified that the procedures established under 31 CFR part 212 for identifying and protecting federal benefits deposited to accounts at financial institutions do not apply to this Writ of Garnishment.

Garnishee should comply with the terms of this Writ of Garnishment, including instructions for withholding and retaining any funds deposited to any account(s) covered by this Writ of Garnishment, pending further order of the United States District Court for the District of Kansas.



**SMITH MOORE**
Providing financial advice since 1913



FIRST-CLASS
US POSTAGE (IMI) PITNEY BOWES
ZIP 63105
02 7H
0006118889
$ 001.03⁰
NOV 06 2025

RECEIVED
NOV 12 2025
CLERK, U.S. DIST. COURT
TOPEKA, KANSAS

Clerk of the Court
United States District Court
District of Kansas
444 SE Quincy, Room 490
Topeka, KS 66683